IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM MOORE,** | CIV S-07-0423 LKK EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including July 23, 2007, in which to file a reply to the opposition filed by Petitioner.

Dated:  June 28, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1