IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM MOORE,** | CIV S-07-0423 LKK EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK,** | |
| Respondent. | |

Respondent has requested a two-week extension of time in which to file a reply to petitioner's opposition to respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 6, 2007, in which to file a reply to the opposition filed by petitioner.

Dated: July 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE