IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM MOORE,

      Petitioner,                    No. CIV S-07-0423 LKK EFB P

      vs.

KEN CLARK,

      Respondent.                 ORDER

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 15, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 15, 2008, are adopted in full;

2. Respondent's May 10, 2007, motion to dismiss is denied;

3. Petitioner's April 4, 2007, motion to stay this action and hold it in abeyance is granted;

4. The Clerk is directed to administratively terminate the case pending the completion of exhaustion in the state court; and

5. Petitioner is directed to inform the court within thirty days of an order of the California Supreme Court resolving his state habeas proceedings.

DATED:   March 25, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT